STATE of Missouri, Respondent,

v.

Anthony L. TOWNSEND, Appellant.

No. 62591.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 8, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

PER CURIAM.

Anthony Townsend appeals from the judgment rendered by the trial court after a jury found him guilty of involuntary manslaughter in violation of Section 565.024 RSMo 1986 and armed criminal action in violation of Section 571.015 RSMo 1986. Defendant was sentenced by the court as a prior, persistent, and class X offender pursuant to Sections 558.016, 557.036.4, and 558.019, to concurrent terms of twenty years imprisonment on both counts.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.